# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| ALFRED LOPEZ, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KMART CORPORATION, )<br>)<br>　　　　Defendant. )<br>)<br>)<br>_____ ) | CIVIL NO. 2003/0003 |

## **ORDER**

FINCH, J.

THIS MATTER comes before the Court on Plaintiff's Appeal From Magistrate Judge's Order Entered July 14, 2006 Denying Plaintiff's Motion to Compel addresses of persons listed in response to interrogatory numbers 10 and 11. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Appeal From Magistrate Judge's Order Entered July 14, 2006 Denying Plaintiff's Motion to Compel addresses of persons listed in response to interrogatory numbers 10 and 11 is **DENIED**. It is further

**ORDERED** that the Magistrate's Order Denying Plaintiff's Motion to Compel is **AFFIRMED.**

**ENTERED this 24th day of June, 2008.**

                                                                      /s/
                                      **HONORABLE RAYMOND L. FINCH**
                                      **U.S. DISTRICT JUDGE**